UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Daniel H. Goode, III,<br>    Debtor | Bankruptcy No: 12-11452 |

## CERTIFICATE OF NO RESPONSE TO SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Everett Cook, Esquire, counsel for the Debtor, hereby certifies that on July 1, 2016 a Supplemental Application For Compensation And Reimbursement Of Expenses was served upon the creditors and parties in interest listed herein below and on the attached Label Matrix for local noticing and the following:

**JOSHUA ISAAC GOLDMAN**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**GREGORY JAVARDIAN**
Law Office of Gregory Javardian, LLC
1310 Industrial Blvd.
1st Floor, Ste. 101
Southampton, PA 18966

The above-named have failed to file on or before July 22, 1016 (21 Days from date of filing), any Answer, Objection or other responsive pleading.

Dated: 7/25/16        Signed:/s/ Everett Cook
                By: Everett Cook, Esq.
                The Law Offices of Everett Cook, P.C.
                2309 Macarthur Road
                Whitehall, PA, 18052
                610.351.3566
                610.351.3556 FAX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 12-11452-ref<br>Eastern District of Pennsylvania<br>Reading<br>Thu Jun 30 16:04:15 EDT 2016 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 |
| A H F C<br>200 Continential Dr Ste<br>Newark, DE 19713-4334 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | BACK BOWL I LLC, SERIES C<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank Of America, N.a.<br>450 American St<br>Simi Valley, CA 93065-6285 | Bank of America, N.A.<br>Mail Stop CA6-919-01-23<br>400 National Way<br>Simi Valley CA 93065-6414 |
| Bank of America, N.A.,<br>GREGORY JAVARDIAN<br>Powers Kirn and Javardian<br>1310 Industrial Blvd.<br>1st Floor, Ste. 101<br>Southampton, PA 18966-4030 | Cap One<br>Pob 30281<br>Salt Lake City, UT 84130-0281 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chase<br>P O Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>Pob 6241<br>Sioux Falls, SD 57117-6241 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Citi-shell<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Gemb/walmart<br>Po Box 981400<br>El Paso, TX 79998-1400 | OAK HARBOR CAPITAL IV, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | The Law Offices of Everett Cook, P.C.<br>2747 Macarthur Road<br>Whitehall, PA 18052-3632 |
| United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 | Daniel H. Goode III<br>29 Willow Drive<br>Easton, PA 18045-7461 | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606-0410 |
| JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>2309 MacArthur Road<br>Whitehall, PA 18052-4523 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AMERICAN HONDA FINANCE CORPORATION
NATIONAL BANKRUPTCY CENTER
P.O. BOX 168088
IRVING, TX 75016-8088

Bank of America, N.a.
4161 Piedmont Pkwy
Greensboro, NC 27410

Citi Cards
P O Box 182564
Columbus, OH 43218

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

(u)Bank of America, N.A., Successor by Merger

(u)Bank of America, N.A., et al...

(d)Chase
P.o. Box 15298
Wilmington, DE 19850-5298

(d)Chase
Po Box 15298
Wilmington, DE 19850-5298

End of Label Matrix
Mailable recipients    24
Bypassed recipients     5
Total                  29