UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> Daniel H. Goode, III, <br>   Debtor | Bankruptcy No: 12-11452 |

## ORDER

**AND NOW**, this _____ day of _____, 2016, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan,

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $465.78 for attorney fees and expenses in the amount of $34.22 for a total fee of $500.00.

**Date: July 26, 2016**

_____
U.S. Bankruptcy Judge