Certificate Number: 12433-PAE-DE-028731405

Bankruptcy Case Number: 12-11452



12433-PAE-DE-028731405

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 7, 2017</u>, at <u>6:53</u> o'clock <u>PM EST</u>, <u>Daniel H. Goode, III</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>February 7, 2017</u>          By:   <u>/s/Laura Gannon</u>

Name:  <u>Laura Gannon</u>

Title:  <u>Teacher</u>