United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 12-11452-ref
Daniel H. Goode, III                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv              Page 1 of 2           Date Rcvd: Mar 15, 2017
                            Form ID: 138NEW       Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.
```
db           +Daniel H. Goode, III,    29 Willow Drive,    Easton, PA 18045-7461
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
12674988    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America, N.a.,    4161 Piedmont Pkwy,
               Greensboro, NC  27410)
12674987     +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
12674995    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citi Cards,    P O Box 182564,    Columbus, OH  43218)
12674989     +Cap One,    Pob 30281,    Salt Lake City, UT 84130-0281
12674990     +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
12674991     +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
12674994     +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
12674996     +Citi-shell,    Po Box 6497,    Sioux Falls, SD 57117-6497
12932019    #+The Law Offices of Everett Cook, P.C.,    2747 Macarthur Road,    Whitehall, PA 18052-3632
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: robertsl2@dnb.com Mar 16 2017 01:29:16     Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2017 01:29:08
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2017 01:29:16     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2017 01:18:13     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
12674986     +E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 16 2017 01:29:15     A H F C,
               200 Continental Dr Ste,    Newark, DE 19713-4334
12699592      E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 16 2017 01:29:15
               AMERICAN HONDA FINANCE CORPORATION,    NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,
               IRVING, TX 75016-8088
12766776     +E-mail/Text: bncmail@w-legal.com Mar 16 2017 01:29:15     BACK BOWL I LLC, SERIES C,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12674997     +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2017 01:18:02     Gemb/walmart,    Po Box 981400,
               El Paso, TX 79998-1400
12736180     +E-mail/Text: bncmail@w-legal.com Mar 16 2017 01:29:15     OAK HARBOR CAPITAL IV, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12755263      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2017 01:23:43
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12705114      E-mail/PDF: rmscedi@recoverycorp.com Mar 16 2017 01:18:14
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12674993*    +Chase,    P O Box 15298,    Wilmington, DE 19850-5298
12674992*    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12787565*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
12729559    ##+Bank of America, N.A.,    Mail Stop CA6-919-01-23,    400 National Way,
               Simi Valley  CA 93065-6414
12692090    ##+Bank of America, N.A.,,    GREGORY JAVARDIAN,    Powers Kirn and Javardian,
               1310 Industrial Blvd.,    1st Floor, Ste. 101,    Southampton, PA 18966-4030
                                                                                   TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: dlv                 Page 2 of 2              Date Rcvd: Mar 15, 2017
                              Form ID: 138NEW           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              GREGORY   JAVARDIAN    on behalf of Creditor   Bank of America, N.A., Successor by Merger
               greg@javardianlaw.com,   mary@javardianlaw.com;tami@javardianlaw.com
              GREGORY   JAVARDIAN    on behalf of Creditor   Bank of America, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              JOHN EVERETT COOK    on behalf of Debtor Daniel H. Goode, III bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Bank of America, N.A., et al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor   Bank of America, N.A., Successor by Merger
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Daniel H. Goode, III
    Debtor(s)

Bankruptcy No: 12–11452–ref
Chapter: 13

___

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 3/15/17