United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 12-11452-ref
Daniel H. Goode, III                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: admin            Page 1 of 2            Date Rcvd: Apr 21, 2017
                            Form ID: 3180W          Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2017.
db           +Daniel H. Goode, III,    29 Willow Drive,    Easton, PA 18045-7461
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,    Second Floor,   Reading, PA 19601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: robertsl2@dnb.com Apr 21 2017 17:05:29     Dun & Bradstreet, INC,
              3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 21 2017 17:05:10
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 21 2017 17:05:33     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12699592      EDI: HNDA.COM Apr 21 2017 16:58:00     AMERICAN HONDA FINANCE CORPORATION,
              NATIONAL BANKRUPTCY CENTER,   P.O. BOX 168088,   IRVING, TX 75016-8088
12766776     +EDI: OPHSUBSID.COM Apr 21 2017 16:58:00     BACK BOWL I LLC, SERIES D,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12729559     +EDI: BANKAMER.COM Apr 21 2017 16:58:00     Bank of America, N.A.,   Mail Stop CA6-919-01-23,
              400 National Way,   Simi Valley  CA 93065-6414
12736180     +EDI: OPHSUBSID.COM Apr 21 2017 16:58:00     OAK HARBOR CAPITAL IV, LLC,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12755263      EDI: PRA.COM Apr 21 2017 16:58:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
              Norfolk VA 23541
                                                                              TOTAL: 8


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12787565*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
12932019     ##+The Law Offices of Everett Cook, P.C.,   2747 Macarthur Road,   Whitehall, PA 18052-3632
                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2017 at the address(es) listed below:
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
        GREGORY  JAVARDIAN   on behalf of Creditor   Bank of America, N.A., Successor by Merger
         greg@javardianlaw.com,  mary@javardianlaw.com;tami@javardianlaw.com
        GREGORY  JAVARDIAN   on behalf of Creditor   Bank of America, N.A. greg@javardianlaw.com,
         mary@javardianlaw.com;tami@javardianlaw.com
        JOHN EVERETT COOK   on behalf of Debtor Daniel H. Goode, III bankruptcy@everettcooklaw.com,
         G29494@notify.cincompass.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Bank of America, N.A., et al...
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com

```
District/off: 0313-4          User: admin              Page 2 of 2             Date Rcvd: Apr 21, 2017
                              Form ID: 3180W           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A., Successor by Merger
         tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                      TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Daniel H. Goode III** | Social Security number or ITIN **xxx–xx–6453** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | | |
| Case number:  **12–11452–ref** | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel H. Goode III
aka Daniel Goode, aka Daniel Horace Goode III, aka
Daniel H. Goode, aka Daniel H. Goode II, aka Daniel
Horace Goode

4/20/17

**By the court:**   Richard E. Fehling
                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---